John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
John D. Esterhay, Bar No. 282330
JEsterhay@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Telephone: 858.720.5700
Facsimile: 858.720.5799

Attorneys for Plaintiffs
Monolithic Power Systems, Inc. and
Chengdu Monolithic Power Systems Co.,
Ltd.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation; and CHENGDU MONOLITHIC POWER SYSTEMS CO., LTD., a Chinese Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> XIAOMI USA LLC, a California Limited Liability Company and XIAOMI CORPORATION, a foreign Corporation, <br><br> Defendants. | Case No. **'21 CV1963 GPC DEB** <br><br> Primary Case No. 6:20-cv-00876-ADA (W.D. Tex.) <br><br> **NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS** |

NOTICE OF MOTION AND
MOTION TO COMPEL

Case No. _____

**PLEASE TAKE NOTICE THAT** on _____, 2021 at ____ p.m., or as soon as the matter may be heard, in the courtroom of the Honorable _____ at the United States District Court for the Southern District of California, Plaintiffs Monolithic Power Systems, Inc. and Chengdu Monolithic Power Systems Co., Ltd. ("MPS") will, and hereby do, move the Court to order Xiaomi Corporation ("Xiaomi Corp.") and Xiaomi USA, LLC ("Xiaomi USA") to produce documents and appear for testimony in response to MPS's properly served subpoenas. The subpoenas were issued from the United States District Court for the Western District of Texas and relate to an action pending in the Western District of Texas (Case No. 6:20-cv-00876-ADA).

This motion is based upon this Notice of Motion, the supporting Memorandum of Points and Authorities, the Declaration of John D. Esterhay, the Proposed Order; all pleadings and papers filed in this action; and such other arguments and evidence as may properly come before the Court.

The undersigned certifies that the parties met and conferred telephonically and in writing before this motion was filed. Defendants oppose the relief sought by this motion.

DATED: November 18, 2021          **PERKINS COIE LLP**

By: */s/ John D. Esterhay*
John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
John D. Esterhay, Bar No. 282330
JEsterhay@perkinscoie.com

Attorneys for Plaintiffs
Monolithic Power Systems, Inc. and
Chengdu Monolithic Power Systems
Co., Ltd.