UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>XIAOMI USA LLC, et al.,<br><br>                              Defendants. | Case No.:  21-cv-1963-GPC-DEB<br><br>**ORDER:**<br><br>**(1) DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO COMPEL;**<br>**(2) REQUIRING COMPLIANCE WITH CHAMBERS RULES; AND**<br>**(3) SETTING BRIEFING SCHEDULE FOR MOTION TO COMPEL**<br><br>**[DKT. NO. 1]** |

Before the Court is Plaintiffs' Motion to Compel Compliance with Subpoenas. Dkt. No. 1. On or before **December 10, 2021**, counsel must meet and confer, by video conference,[1] regarding (1) all disputed issues raised in the Motion filed by Plaintiffs, and

---

[1] Under no circumstances may counsel satisfy the "meet and confer" obligation by written correspondence alone. Counsel must thoroughly meet and confer and must make every effort to resolve all disputes without the necessity of further court intervention.

1

(2) whether Plaintiffs' Motion should be transferred to the United States District Court for the Western District of Texas. *See* Fed. R. Civ. P. 45(f).

If Plaintiffs and Defendants have not resolved their dispute through the meet and confer process, counsel must file and lodge with Magistrate Judge Daniel E. Butcher's chambers a joint statement entitled "Joint Motion for Determination of Discovery Dispute" ("Joint Motion"). The Joint Motion is to include: (1) a declaration of compliance with the meet and confer requirement; (2) a statement by Defendants regarding whether it consents to the transfer of Plaintiffs' Motion to the issuing court; and (3) points and authorities (not to exceed 10 pages per side) in which each side succinctly addresses all issues that remain in dispute at the conclusion of meet and confer efforts. The Joint Motion will supersede Plaintiffs' Motion to Compel and should set forth in full both sides' positions as to all disputed issues. This filing will be the only briefing the Court will consider. Any exhibits accompanying the Joint Motion must also be filed; however, counsel may not attach copies of any meet and confer correspondence to the Joint Motion. Unless the Court directs otherwise, this matter will be resolved without oral argument.

Accordingly, the Court DENIES without prejudice Plaintiffs' Motion to Compel. Dkt. No. 1. Plaintiffs' counsel must serve a copy of this Order on Defendants and all parties to the underlying Western District of Texas case.

**IT IS SO ORDERED.**

Dated: November 19, 2021

_____
Honorable Daniel E. Butcher
United States Magistrate Judge